UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN VIDRINE, ET AL | * | CIVIL ACTION |
| | * | |
| Plaintiffs, | * | No. 2:12-CV-01980 |
| | * | |
| VERSUS | * | JUDGE MARY ANN VIAL |
| | * | LEMMON |
| BANK OF AMERICA, N.A., | * | |
| BALBOA INSURANCE COMPANY | * | MAGISTRATE KAREN WELLS |
| and QBE AMERICAS, INC. | * | ROBY |
| | * | |
| Defendants. | * | |
| * * * * * * * * | | |

## NOTICE OF DISMISSAL

Plaintiffs, by and through undersigned counsel, hereby notify the Court and parties herein that this action is voluntarily dismissed without prejudice as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: November 2, 2012

Respectfully submitted,

/s/ Gregory w. Rome
Gregory W. Rome (LSBA #32665)
**Williams & Rome, L.L.C.**
2413 Pakenham Drive
Chalmette, LA 70043
Telephone: (504) 875-4397
Facsimile: (504) 875-4402

Alexander P. Owings (LSBA #33305)
Steven A. Owings (*pro hac vice* anticipated)
**Owings Law Firm**
Telephone: (501) 661-9999
Facsimile: (501) 661-8393
apowings@owingslawfirm.com
sowings@owingslawfirm.com

T. Brent Walker (*pro hac vice* anticipated)
Russell D. Carter (*pro hac vice* anticipated)
**Carter Walker PLLC**
2171 West Main, Suite 200

1

P.O. Box 628
Cabot, AR 72023
Telephone: (501) 605-1346
Facsimile: (501) 605-1348
bwalker@carterwalkerlaw.com
dcarter@carterwalkerlaw.com

Jack Wagoner, III (*pro hac vice* anticipated)
**Wagoner Law Firm, P.A.**
1320 Brookwood Drive, Suite E
Little Rock, AR 72202
Telephone: (501) 663-5225
Facsimile: (501) 660-4030
jack@wagonerlawfirm.com

*Attorneys for Plaintiffs John Vidrine and Catherine Soileau, individually and on behalf of all others similarly situated*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 2, 2012, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Gregory W. Rome
Gregory W. Rome